UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
RUBI BENTON,

        **Plaintiff,**

   -against-

CARMAX BUSINESS SERVICES, LLC d/b/a
CARMAX AUTO FINANCE, EXPERIAN
INFORMATION SOLUTIONS, INC. and
TRANS UNION, LLC,
---------------------------------------------------------x

1:23-cv-10671 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled against Defendant Experian Information Solutions, Inc., and Defendant Trans Union, LLC, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines as they pertain to Defendant Experian Information Solutions, Inc. and Defendant Trans Union, LLC only are adjourned *sine die*.

  Defendant Carmax Business Services, LLC d/b/a Carmax Auto Finance is ordered to answer or otherwise respond to the Complaint by February 28, 2024.

**SO ORDERED.**

Dated: February 21, 2024
   New York, New York

              **ANDREW L. CARTER, JR.**
              **United States District Judge**