UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RUBI BENTON,

        **Plaintiff,**

   -against-           1:23-cv-10671 (ALC)

                **AMENDED ORDER**

**CARMAX BUSINESS SERVICES, LLC d/b/a
CARMAX AUTO FINANCE, EXPERIAN
INFORMATION SOLUTIONS, INC. and
TRANS UNION, LLC,**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled against Defendant Experian Information Solutions, Inc., and Defendant Trans Union, LLC, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines as they pertain to Defendant Experian Information Solutions, Inc. and Defendant Trans Union, LLC only are adjourned *sine die*.

  The Court corrects its order at ECF No. 20. Plaintiff has voluntarily dismissed the above-captioned action pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as to Carmax Business Services, LLC d/b/a Carmax Auto Finance. (ECF No. 18).

**SO ORDERED.**

**Dated:** February 22, 2024
   New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**